Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
**F I L E D**

for the

Southern District of Texas

**AUG 24 2023**

Galveston Division

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| Quintarre L. Wilkins, Denastya L. Baker, Orlando Acosta | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | ) | |
| | ) | |
| Judge Greg Hill, Attorney Stephen Buttram, Attorney Scott Valby, Attorney Paul Hoefker, Attorney John S. Powell, Attorney Sergio Perez, Mayor John Wright, Attorney Keval Patel, Attorney Ryan Erickson | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Orlando Acosta |
| Street Address | 5355 Belfield Ave. |
| City and County | Philadelphia |
| State and Zip Code | PA 19144 |
| Telephone Number | 267-255-3781 |
| E-mail Address | orlandoacost685@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Galveston Division

United States Courts
Southern District of Texas
**FILED**

AUG 24 2023

Nathan Ochsner, Clerk of Court

<table>
<tr><td>

Quintarre L. Wilkins, Denastya L. Baker, Orlando Acosta

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Attorney Kurt Krolikowski, Attorney Raquel Garza Magistrate Andrew Edison, Attorney Thomas Yoxall

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

</td></tr>
</table>

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Quintarre LaDell Wilkins, Denastya L. Baker |
| Street Address | PO Box 485 |
| City and County | Rosharon |
| State and Zip Code | TX 77583 |
| Telephone Number | 832-606-6202 |
| E-mail Address | dnstybaker@yahoo.com; quintarrewilkins@ymail.com |

   **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Andrew Edison |
| Job or Title *(if known)* | Magistrate |
| Street Address | 601 Rosenberg, Seventh Floor |
| City and County | Galveston, Galveston |
| State and Zip Code | TX 77550 |
| Telephone Number | 409-766-3729 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Paul Hoefker |
| Job or Title *(if known)* | Attorney/Trustee |
| Street Address | 701 N. Post Oak Rd Ste. 205 |
| City and County | Houston, Harris |
| State and Zip Code | TX 77024 |
| Telephone Number | 817-881-0996 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Stephen Buttram |
| Job or Title *(if known)* | Attorney, Escrow Officer, Title, Real Estate broker |
| Street Address | 5023 Washington Ave. Suite 200 |
| City and County | Houston , Harris |
| State and Zip Code | TX 77007 |
| Telephone Number | 713-522-7676 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Thomas Yoxall |
| Job or Title *(if known)* | Attorney |
| Street Address | 600 Travis St. #2800 |
| City and County | Houston, Harris |
| State and Zip Code | TX |
| Telephone Number | 713-226-1200 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kurt Krolikowski |
| Job or Title *(if known)* | Attorney |
| Street Address | 600 Travis St. #2800 |
| City and County | Houston, Harris |
| State and Zip Code | TX 77002 |
| Telephone Number | 713-226-1200 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | John S. Powell |
| Job or Title *(if known)* | Attorney |
| Street Address | 2405 S. Grand Blvd |
| City and County | Pearland, Brazoria |
| State and Zip Code | TX 77581 |
| Telephone Number | 281-485-4252 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Scott Valby |
| Job or Title *(if known)* | Attorney |
| Street Address | 1700 W. Loop S. Ste. 200 |
| City and County | Houston , Harris |
| State and Zip Code | TX 77027 |
| Telephone Number | 713-960-1377 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Sergio Perez |
| Job or Title *(if known)* | Attorney |
| Street Address | 2702 Little York Rd |
| City and County | Houston, Harris |
| State and Zip Code | TX 77093 |
| Telephone Number | 713-979-2941 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Greg Hill |
| Job or Title *(if known)* | Judge |
| Street Address | 111 E. Locust. Ste. 239 |
| City and County | Angleton. Brazoria |
| State and Zip Code | TX 77515 |
| Telephone Number | 979-864-1256 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Ryan Erickson |
| Job or Title *(if known)* | Attorney |
| Street Address | 111 E. Locust. Ste 500 |
| City and County | Angleton. Brazoria |
| State and Zip Code | TX 77515 |
| Telephone Number | 979-864-1233 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | John Wright |
| Job or Title *(if known)* | Mayor |
| Street Address | 121 S. Velasco |
| City and County | Angleton , Brazoria |
| State and Zip Code | TX 77515 |
| Telephone Number | 979-849-4364 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Keval Patel |
| Job or Title *(if known)* | Attorney |
| Street Address | 19855 Southwest Fwy Ste. 300 |
| City and County | Sugarland. Fort bend |
| State and Zip Code | TX |
| Telephone Number | 281-313-5000 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Raquel Garza |
| Job or Title *(if known)* | Attorney |
| Street Address | 600 Travis St. #2800 |
| City and County | Houston. Harris |
| State and Zip Code | TX 77002 |
| Telephone Number | 713-226-1200 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Sherry Kersh |
| Job or Title *(if known)* | Judge |
| Street Address | 121 10th St. |
| City and County | Houston. Harris |
| State and Zip Code | TX 77486 |
| Telephone Number | 979-345-2671 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Pat Sebesta |
| Job or Title *(if known)* | Judge/Attorney |
| Street Address | 304 S. Velasco St. |
| City and County | Angleton. Brazoria |
| State and Zip Code | TX 77515 |
| Telephone Number | 979-313-1645 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Due process clause of the 14th amendment, The Supremacy Clause (ArticleVI, Clause 2), The Clean Hand Doctrine

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* na . is a citizen of the State of *(name)* .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* . is incorporated under the laws of the State of *(name)* .

and has its principal place of business in the State of *(name)* .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* . is a citizen of the State of *(name)* . Or is a citizen of *(foreign nation)* .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant. *(name)* [                    ]. is incorporated under
the laws of the State of *(name)* [                    ]. and has its
principal place of business in the State of *(name)* [                    ].
Or is incorporated under the laws of *(foreign nation)* [                    ].
and has its principal place of business in *(name)* [                    ].

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$20 million due to our constitutional rights

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

1.Judge Greg Hill with the 239th District Court- April and June violated 14th amendment due process,his administrative duty, Civil RICO, assault and kidnapping on Mr. Acosta power of attorney that is disabled in a wheelchair along with Civil Rights Violation, Right to Assist(NAACP vs Button,371 U.S. 415)
2. Judge Greg Hill Violated his authority ordering Sanctions for us stating the law, abusing his judicial authority under the U.S Supreme Law.( Davis vs. Burris)
3.Judge Greg Hill refuse to talk about the initial claim of the property that was illegally foreclosed on.
4.We Provided proof of claim an Audit and Title on docket that has not been heard or discussed.
5. We have 35 plus pages of inserts of transcripts that is redacted.
6.Our rights have been violated in multiple courts.
7.Judge Pat Sebesta also violated his judicial authority ordering sanctions and allowing the case to stay open and retired when he could have dismissed it without prejudice allowing the plaintiffs the ability to reopen and a co-conspiritor in the Civil Rico.
8. Judge Sherry Kersh violated the separation of power and a co-conspiritor in the Civil Rico. She didn't follow the rule that was already in place with another judge stating that this was a title dispute. She shouldn't have made a ruling when a ruling was already in place.Also, there was a 90 day abatement in place.
9.Attorney's Kurt Krolikowski, John S.Powell, Sergio Perez, Keval Patel,Ryan Erickson appeared in the 239th District Court April and June 2023. They have violated the color of law Title 18 US Code Sec 241 &242, US Code 42 1983, USC 42 1985, 601 Rules of Evidence foreign agents to the United States.
10.Attorney's Paul Hoefker, Scott Valby signed name on illegal document that the owners Quintarre Wilkins never authorized, Stephen Buttram has several titles as a Attorney, real estate broker, escrow officer and title work which is a conflict of interest signed on an illegal foreclosure while property was in litigation.
11. Joseph Wright Mayor of Brazoria County need to know the conduct through his court system and the illegal activities with the attorney's and judges in Brazoria county. We are not here to sue the Mayor he need to be aware of what is going on under his administration.
12. Attorney Raquel Garza, Attorney Thomas Yoxall, they are violating the color of law Title 18 Code sec 241 & 242, US code 42 1983, USC 42 1985, 601 Rules of Evidence foreign agents to the United States

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$1M from each attorney per plaintiff , 3 M per judge due to our Constitutional Rights still being violated. Deprivation of Character, our due process. They have violated the Supremacy Clause and The Clean Hand Doctrice

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        08/23/2023

Signature of Plaintiff

Printed Name of Plaintiff        Denastya Baker

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        08/23/2023

Signature of Plaintiff

Printed Name of Plaintiff        Orlando Acosta

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        08/23/2023

Signature of Plaintiff        *Quintarre Wilkins*
Printed Name of Plaintiff        Quintarre Wilkins

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

AUG 2 4 2023

Nathan Ochsner, Clerk of Court

QUINTARRE L. WILKINS, DENASTYA L. BAKER
PO Box 485
Rosharon, TX 77583
 and
ORLANDO ACOSTA
5355 Belfield Ave.
Philadelphia, PA 19144
        Plaintiff(s)

      vs.

**Case No**.

STATE JUDGE GREG HILL-239th Court 111 E. Locust St Angleton, TX 77515
FEDERAL MAGISTRATE ANDREW EDISON-601 Rosenberg, seventh floor Galveston, TX 77550
STATE JUDGE SHERRY KERSH-121 10th St. West Columbia, TX 77486
STATE ATTORNEY/JUDGE PAT SEBESTA-304 S. Velasco St. Angleton, TX 77515
STATE ATTORNEY KURT KROLIKOWSKI-600 Travis St#2800 Houston, Tx 77002
STATE ATTORNEY RAQUEL GARZA-600 Travis St. #2800 Houston, TX 77002
STATE ATTORNEY THOMAS YOXALL-600 Travis St. #2800 Houston, TX 77002
STATE ATTORNEY JOHN S. POWELL-2405 S Grand Blvd, Pearland, Tx 77581
STATE ATTORNEY/TRUSTEE SCOTT VALBY-1700 W. Loop S. Ste 200 Houston, TX 77027
STATE ATTORNEY SERGIO PEREZ-2702 Little York Rd Houston, TX 77093
STATE ATTORNEY RYAN ERICKSON-111 E. Locust St.  Ste. 413A , Angleton, TX 77515
STATE ATTORNEY KEVAL PATEL -19855 Southwest Fwy #330 Sugarland, TX 77479
STATE ATTORNEY PAUL HOEFKER/TRUSTEE-701 N Post Oak Rd Ste 205 Houston, TX 77024
STATE ATTORNEY STEPHEN BUTTRAM-5023 Washington Ave Suite200 Houston, TX 77007
MAYOR JOHN WRIGHT -121 S. Velasco St. Angleton, TX 77515

        Defendant(s)

**20-MILLION DOLLAR CLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR
DEPRIVATION OF CIVIL RIGHTS, VIOLATION OF DUE PROCESS, CONSPIRACY  TO
COMMIT REAL ESTATE DEED FRAUD, FORGERY, WRONGFUL FORECLOSURE, AND**

## BREACH OF CONTRACT THIS CLAIM IS ALSO FOR OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE,KIDNAPPING UNDER CIVIL RICO

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Comes Now Plaintiff(s), and Quintarre LaDell Wilkins and Denastya Latreace Baker and Orlando Acosta to file their claim against the defendant(s). The claim will be brought forward in Common Law, "Administrative Law," "Law," "Equity," and Under the Uniform Commercial Code. This 42 U.S. Code Sec. 1983 Civil Action Claim is for Deprivation of Civil Right Under Color of Law, conspiracy to commit real estate deed fraud, and forgery. This case is brought to enforce constitutional rights under 42 U.S.C. § 1983, conspiracy statutes under Federal Law.

42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

### JURISDICTION:

1. The Judiciary Act, though, Congress placed admiralty under the jurisdiction of the federal district courts.

2. This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. 1331, which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States.

3. This court has personal jurisdiction over the plaintiff corporations because the corporation's principal place of business is in this state.

4. Venue is proper pursuant to 28 U.S.C. 1391(b) because the events giving rise to the allegations in this complaint occurred in this district.

5. Federal court has jurisdiction over this case based on the following reasons:
a. 42 U.S.C 1983 civil rights claim is Constitutional dispute.

b. The state is guilty of real estate deed fraud which is verified by the day-to-day process of registering homeowners' property deeds in their office.

c. The state is in control of the plaintiff's property deed when there is no law that forces the plaintiff's to register their property.

d. The state is paying the judge and providing a pension, 401-k, so other state court judges will have a conflict to hear this case in state court.

6. The State is the real party responsible for the foreclosure on the plaintiff's property using state-licensed sub-agencies to do the dirty work.

7. The amount of damage is over what the state court has jurisdiction to rule on.

8. The defendants violated Federal Laws.

9. The defendants violated the plaintiff's right to due process in state court which is liable under 42 U.S.C 1983 a federal civil rights statute.

10. There is no other court available for remedy.

## FACTUAL ALLEGATIONS:

11. Quintarre Wilkins and Denastya Baker entered into a mortgage agreement with Universal Mortgage on July 15, 2016. The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money.

12. September 1, 2016 received welcome letter from PennyMac Loan Servicing letting us know they were our new servicer also stated we were negative $13,000 in escrow and didn't understand why.

13. We were offered a loan modification in February 2018 paying $2685.71, prior to paying that amount we were paying February 2017 $1730.65 When covid hit we were put on a forbearance and after that eviction notices start arriving.

14. Spoke with an advisor Ioannes-Comitis House Clades who drafted my previous paperwork towards the case letting us know we were being defrauded out of our home.

15. Mr. Clades started drafting legal paperwork to PennyMac Loan Servicing requesting an audit of ledger accounts and in return PennyMac Loan Servicing never sent the information they replied to us that we were filing frivolous paperwork and for a while we stop receiving paperwork about the mortgage. One year later we started receiving notice of default and intent to accelerate.

16. Received noticed on May 5, 2022 on door Notice to Vacate due to foreclosure sale of the property on May 3, 2022 through auction sale. Went to court in June 2022 Justice of the Peace Precinct 4, Place 1 Brazoria County Judge Sarah Linder. Judge looked at paperwork and said she wasn't going to rule due to a title issue and needed to go to a higher court. Received notice of plaintiff tried to reinstate case and June 10, 2022 Judge Linder denied and the Abatement will remain for 90 days, due to Title dispute.

17. Received another eviction notice a few days later to appear to another Justice of the Peace court in West Columbia, Tx and the property is located in Rosharon, Tx which was 40 miles out which is out of Judge Sherry Kersh, Precinct 4, Place 2 Brazoria County jurisdiction. When entering the court there were at least 8-10 officers in the room and we felt intimidated by the atmosphere in the room. The judge never looked at the paperwork and made a ruling that this is her court room and that the IRS or nobody runs her court room and that PennyMac Loan Servicing was tired of dealing with us and we had 5 days to vacate.

18. August 17, 2022 the same 10 officers came to our home and had our street blocked and was treated disrespectfully and embarrassed. We were told the District Attorney said to move forward with removing the things from the home. I called the DA and we were told that no one called the office and she stated it sounds like they are trying to bully you'll and from that point that made them upset and

threatened to take us to jail if we didn't remove ourselves. So,in all the abatement that the first judge ordered was disregarded.

19. They put everything on our front lawn as we felt so violated especially after letting them know there was a lien on the property.

20. We left the house and filed in state court with Judge Pat Sebesta 239th court and still have a open case.

21. They sold our house allegedly 12/1/22 but someone was in the house in September and have witnesses to state that and was told by the listing agent Camaron Namazi that the lawyer Keval Patel said that Judge Sebesta gave the okay to sale property even while the house was in litigation.

22. Met with Mr, Acosta and he became our Power of Attorney went to court with us in April 2023 and Judge Greg Hill wouldn't allow him to speak on our behalf stating that in the State of Texas you can't speak unless you are an attorney and Mr. Acosta quoted Schware vs. the Board of Examiner the law stating that he can.

23. That day was set for a status hearing and everything was discussed in court was pertaining to sanctions, immunity for the judges and we were their to discuss the illegal foreclosure. I asked the judge why are we not discussing this house and he stated we are not here for that. That wasn't handle in this court. He violated the due process clause of the 14th amendment

24. Went back to court in June 27, 2023 for sanctions and again Mr. Acosta spoke on our rights being violated under the 14th amendment. Judge Greg Hill violated our Constitutional Rights and the judge got upset because Mr. Acosta was speaking law. Mr. Acosta was illegally assaulted in open court in front of witnesses. We've been requesting the video tape and the response we get is that it was sent to Attorney General Office has to give the okay to release the tape..

25. They are suppose to turn the video tape over showing the assault and still violated our rights under the Supremacy Clause

26. The bank or financial institution involved in the alleged loan will follow GAAP,

27. The lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

28. The borrower does not provide any money, money equivalent, credit, funds or capital or thing of value that a bank or financial institution will use to give value to a check or similar instrument,

29. The borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and

30. The written agreement gives full disclosure of all material facts.

31. The Bank Advertised That They Loan Money:

a. I applied for a loan.

b. Universal American Mortgage Company, LLC (bank) refused to loan me legal tender or other depositors' money to fund the alleged bank loan check.

c. The bank misrepresented the elements of the alleged agreement to the alleged borrower

d. There is no bona fide signature on the alleged promissory note.

e. The promissory note is a forgery.

f. The promissory note—with my name on it— obligates me to pay $294,566.00 plus interest, giving it a substantial value in today's market if it were sold to investors.

g. The bank recorded the forged promissory note as a loan from me to the bank.

h. The bank used this loan to fund the alleged bank loan check back to me.

i. The bank refused to loan the plaintiff(s) legal tender or other depositors' money in the amount of $294,566.00 or repay the unauthorized loan it recorded from me to the bank.

j. The bank changed the cost and the risk of the alleged loan.

k. The bank operated without my knowledge, permission, authorization, or agreement.

l. The bank denied me equal protection under the law.

m. The bank refused to disclose material facts of the alleged agreement and refused to tell the plaintiff(s) if the agreement was for them to fund the alleged bank loan check or if the bank is to use the bank's legal tender or other depositors' money to fund the bank loan check.

n. They refused to disclose whether the check was the consideration loaned for the alleged promissory note.

o. The bank failed to disclose if the promissory note is money or not money.

p. It appears the bank recorded the promissory as an unauthorized loan from me to the bank.

28. The defendant(s) committed and conspired to commit real estate deed fraud when they failed to deliver the property deed as mandated by the state property transfer statute.

a. The mortgage deal was Not done according to the GAAP accounting principles in violation of the federal law.

b. The electronic credits called the mortgage loan were generated by the plaintiff's signature on the promissory note.

c. The words stamped on the promissory note "pay to the order of" without recourse will verify the bank official who signed there received the electronic credits called the mortgage loan.

d. There was no exchange of money in the mortgage loan.

29. Valid conveyances require that the executed deed be delivered to and accepted by the grantee.

30. The property deed was never delivered or accepted by the plaintiff(s).

31. The defendants committed acts of forgery when they fraudulently made false documents and altered real documents as if they are genuine.

32. The fact the alleged lender accepted the plaintiff's signature on the mortgage lien proves the plaintiffs owned the property already.

33. The first illegal mortgage lien was placed on the property after the unlawful registration.

34. When the defendants placed the plaintiff's "document of title" in their records the attorney created a secret Constructive Quasi "Trust" on the presumption that their "State corporation" has "AN interest in plaintiff's land, and they now control plaintiff's property rights such as "possession" etc, and due to defendants illegal actions plaintiff's have been illegally removed from property.

35. Plaintiff's have filed a state and federal case against the defendants, and it is still pending.

36. The banks and servicer reported the alleged debt on the plaintiff's credit report when in fact the amount is in dispute. 15 U.S. Code 1666(b). If a creditor receives a further written notice from an obligor that an amount is still in dispute within the time allowed for payment under subsection (a) of this section, a creditor may not report to any third party that the amount of the obligor is delinquent because the obligor has failed to pay an amount which he has indicated under section 1666(a)(2) of this title, unless the creditor also reports that the amount  is in dispute and, at the same time, notifies the obligor of the name and address of each party to whom the creditor is reporting information concerning the delinquency.

## THE LENDER FAILED TO FOLLOW THE GAAP ACCOUNTING LAWS:

37. The contract should be rescinded because the attorneys did not provide full disclosure, the contract is extremely deceptive and unconscionable, In re Pearl Maxwell, 281 B.R. 101. The Truth in Lending Act, Regulation Z, 12 CFR §226.23, states that the security agreement signed with a lender can be rescinded if they have not provided the proper disclosures.

38. The original debt was zero because the plaintiff's financial asset was exchanged for FED's promissory notes in an even exchange. Promissory Notes and other commercial instruments are legal tender, financial assets to the originator and a liability to the lender.

39. If a security interest in the note is perfected, by recording it on a lien as a registered security, the maker or originator becomes an entitlement holder in the asset.

40. But the attorney's do not understand that they have this liability because most of them are unaware of it.

a. UCC §1-201(24), §3-104, §3-306, §3-105,

b. UCC §§8-102 (7), (9), (15), (17), §8-501, §8-503, §8-511

c. UCC §§9-102(9), (11), (12)(B), (49), (64)

d. 12 USC 1813(l)(1)

41. The plaintiff's records will show the defendant's have an offsetting liability to the plaintiff's pursuant to FAS 95, GAAP and Thrift Finance Reports (TFR). These Five Records Include:

a. FR 2046 balance sheet,
b. 1099-OID report,
c. S-3/A registration statement,
d. 424-B5 prospectus and
e. RC-S & RC-B Call Schedules Plaintiffs claims are brought forward Under Common Law:

## 42. ELEMENTS FOR COMMON LAW:

a. Controversy (The listed defense)

b. Specific Claim (breach of contract)

c. Specific Remedy Sought by Claimant (20- million dollars)

d. Claim Is Sworn To, and I will verify in open court that all herein be true.

## 43. PARTIES

a. Quintarre Wilkins and Denastya Baker are residents of Brazoria County, Texas and Orlando Acosta is a resident of Philadelphia.

b. The defendant(s) Attorney Keval Patel, Trustee Paul Hoefker, Attorney John S. Powell, Attorney Sergio Perez, Attorney Stephen Buttram, Judge Pat Sebesta, Judge Greg Hill, Judge Sherry Kersh, Trustee Scott Valby, Attorney Ryan Erickson, Attorney Kurt Krolikowski, Attorney Thomas Yoxall, Attorney Raquel Garza, Magistrate Andrew Edison

Count One: Violation of 42 U.S.C.1983:

1. Defendants incorporate by reference the facts alleged in paragraphs 1-49

2. The defendant's negligence was the direct and proximate result of the plaintiff's injuries.

Count Two: Violations of Due Process:

1. Plaintiff's incorporate by reference the facts alleged in paragraphs 1-49. The defendant(s) had a duty to follow the law and the constitution.

Count Three: Conspiracy to Commit Real Estate Deed Fraud:

1. Plaintiff's incorporate by reference the facts alleged in paragraphs 1-49.

Count Four: Forgery: 1. Plaintiff's incorporates by reference the facts alleged in paragraphs 1-49

Count Five: Breach of Contract

1. Plaintiff's incorporates by reference the facts alleged in paragraphs 1-49

Count Six: Real Estate Deed Fraud:

1. Plaintiff's incorporates by reference the facts alleged in paragraphs 1-49

Count Seven: Obstruction of the Administration of Justice

1. Plaintiff's incorporates by reference the facts alleged in paragraphs 1-49

## NEGLIGENT/RECKLESS CONDUCT:

44. The revised statutes used to provide jurisdiction to the court is not a valid law and therefore rob the court of jurisdiction.

45. The contract filed is missing the following provisions agreed upon in the original contract:

a) The intent of the agreement is that the original party who funded the alleged loan per the bookkeeping entries is to be repaid the money,

b) The bank or financial institution involved in the alleged loan will follow GAAP,

c) the lender or financial institution involved in the alleged loan will purchase the promissory note from the borrower,

d) the borrower does not provide any money, money equivalent, credit, funds or capital or things of value that a bank or financial institution will use to give value to a check or similar instrument,

e) the borrower is to repay the loan in the same species of money or credit that the bank or financial institution used to fund the loan per GAAP, thus ending all interest and liens, and

f) the written agreement gives full disclosure of all material facts.

46. The defendant's violated the plaintiff's right to due process 42 U. S. C. 1983 by using an unfair court process that is in violation of the federal laws and the court rules.

47. The defendant's obstructed the administration of justice.

## Slander of Title:

48. The defendants have caused to be recorded various documents including a wrongful deed fraud which constitutes slander of title, and the plaintiff's should be awarded resulting damages to be fully proved at the time of trial.

## Slander of Credit:

49. The plaintiff's allege that the actions and in actions of the defendant(s) have impaired their credit causing them to lose the ability to have good credit entitling them to damages, including statutory punitive damages pursuant to state and federal law, all to be proved at the time of trial.

### Infliction of Emotional Distress:

50. The defendants has intentionally and negligently taken illegal actions which have caused the plaintiff's severe emotional distress.

51. The attack on the plaintiff's home using a statute that is a valid fraud on the court.

### Damages:

52. The plaintiff's is seeking damages for the fact that the alleged lender accepted the plaintiff's signature on the illegal mortgage lien proves the plaintiff's already owned the property and is being scammed.

53. As a proximate result of the negligent actions of defendants, the plaintiffs have suffered consequential damage and will continue to suffer additional damage in an amount to be fully proved at the time of trial.

54. As a result of these actions, by the State of Texas, and the plaintiff's. We have suffered in the following ways:

a) We have also suffered intense anxiety and depression, which attacks with a loss of sleep, not able to perform sex, loss of hair. When I do not sleep I am intensely fatigued. I will never be able to give a monetary value for the increased damage of our health from the stress that we've Quintarre and Denastya has suffered. Our kids has suffered tremendously through this being removed from their home. Mr. Acosta was born with cerebral palsy and he has always had challenging issues dealing with this judge has increasingly had dreams reliving that horrible day.( I)Mr. Acosta have always heard about the stories about racism happening in the deep south but being the Power of Attorney I never thought that I would actually live it in real life in the State of Deep South Texas in Brazoria County.

b. No one can return to us the health we have lost in dealing with the dubious actions of the persons named in my lawsuit.

c. The defendants acted with deliberate indifference to the Constitution and or federal laws when they violated the plaintiff's rights UNDER 42 U.S. CODE SEC. 1983, and the plaintiff's rights to "due process".

55. The Judge Lacks Immunity When He/ She Violates The Law:

The judge has qualified immunity when he/she follows the constitution and the law. The Tucker Act

exposes the government to liability for certain claims. Specifically, the Act extended the court's

jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution

(including taking claims under the Fifth Amendment), a federal statute or regulation, and claims in

cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The

Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United

States by which the United States government has waived its sovereign immunity with respect to

lawsuits pertaining to 5th Amendment violations of due process.

### The Five Elements of "Due Process:

56. In assessing whether this demonstration has been or can be made, the courts look to the five elements, which, over the centuries of judicial experience, have come to be recognized as the sine qua non of "due process."

a. Equality: The system must not discriminate procedurally between parties. If one party is entitled to counsel, then all are entitled. If notice is provided one, it must be provided for all. The essential requirement for Equality is that the system provide a "level playing field" for the disputants. Discrimination in appearance or fact is an anathema to the Equality required to satisfy due process.

b. Economy: The cost of access to the system must not be a barrier to its use or operate to the disadvantage of one or the other parties. This means that grievance and arbitration proceedings should not be made a Board profit center and, in fact, may have to become subsidized to assure open access.

c. Expedition: As "justice delayed is frequently justice denied," there is an affirmative obligation on the part of the system to expedite ethics and arbitration proceedings.

This does not foreclose orderly procedure with adequate time to ensure notice, time to prepare, opportunity to identify and gather witnesses, and otherwise develop facts and arguments. It does, however, foreclose dilatory tactics, unreasonable extension of time, and protraction of hearings.

d. Evidence: The system must be designed and function to elicit evidence, not assumptions; proof, not presumptions. While strict rules of evidence in the judicial sense do not apply, there must be control of what is admitted as relevant and judgment as to what is mere speculation and hearsay designed to prejudice rather than inform.

e. Equity: The system must produce decisions that reflect a sense and substance of "rightness" and "reasonableness." In matters involving unethical conduct, the punishment should fit the offense. The judgment should reflect consideration of extenuating circumstances and a balancing of competing values and objectives. Moreover, the predictability, consistency, and uniformity of the system's performance is an important measure of Equity.

Conspiracy: A federal criminal conspiracy is built up of five elements:

a. Two or more persons that;

b. Intentionally;

c. Agreed;

d. To violate federal law or defraud the United States; and commit an overt act in furtherance of the agreement.

## Elements for Forgery:

Forgery is making, using, altering, or possessing a false document with the intent to commit fraud. Forgery can be the creation of a false document or changing an authentic one. There are several elements to the crime of forgery, and all must be proven before someone can be found guilty:

a. A person must make, alter, use, or possess a false document. Forgery can be creating a false document from scratch or altering an otherwise genuine document in a material way. The alteration is material if it affects a legal right.

 b. The writing must have legal significance.

c. The writing must be false. The writing must have been created or changed in a way that makes it appear that the document represents something that it is not.

d. Intent to defraud.

## Request for Damages:

Plaintiff's request compensatory and general damages for expenses for legal expenses, mental anguish associated with living with the consequences of the defendant's negligence, loss of income, and damaged credit score. The plaintiff's request punitive damages in what the jury finds just and fair. plaintiff's prays that this court enter judgment for the Plaintiff's and against the Defendant, and grant:

a. compensatory and consequential damages, including damages for emotional distress, humiliation, and other pain and suffering on all claims allowed by law in an amount in excess $20M

b. any further relief that this court deems just and proper, and any other appropriate relief a law WHEREFORE, Plaintiff's Quintarre Wilkins and Denastya Baker, Orlando Acosta request the following

c. That the court enter a judgment in favor of Quintarre Wilkins and Denastya Baker, Orlando Acosta and against the defendants on all counts of the Complaint:

d. That the court award compensatory damages into plaintiff's and against the defendant(s) jointly and severally, in an amount to be determined at trial:

e. That the court award punitive damages to plaintiffs, and against the defendants, jointly and severally, in an amount to determine at trial in order that such award will deter similar proscribed conduct by the defendants in the future.

f. That the court award plaintiffs, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to 42.U.S.C. Sec. 1988: and

g. That the court grant plaintiffs such other equitable relief that the court deems appropriate.


### THE SUPREMACY CLAUSE REIGNS OVER ALL STATE LAWS

**This is a notice to District Attorney Office concerning of the release of the video tape on the court proceedings June 27, 2023. You stated Texas law code -----Texas State Law can't supercede US Supremacy Clause of the Constitution. For the mere fact of that point alone the video tape has to be release to myself Orlando Acosta.**

**In addition, we have attached the Clean Hand Doctrine Law to accompany the Supremacy Clause of the Constitution. We don't have to wait for any acknowledgement from the Texas Attorney General's Office, because the supremacy clause makes it clear that no state code supercedes clause it reigns over every state code. No state code can violate supremacy clause because it deals with constitution rights, which means it reigns over the rights of you giving me a copy of the tape. There's no waiting 45 days.**

1. The **Supremacy Clause** of the Constitution of the United States (Article VI, Clause 2) establishes that the Constitution, federal laws made pursuant to it, and treaties made under its authority, constitute the "supreme Law of the Land", and thus take priority over any conflicting state laws.[1] It provides that state courts are bound by, and state constitutions subordinate to, the supreme law.[2] However, federal statutes and treaties must be within the parameters of the Constitution;[3] that is, they must be pursuant to the federal government's enumerated powers, and not violate other constitutional limits on federal power, such as the Bill of Rights—of particular interest is the Tenth Amendment to the United States Constitution, which states that the federal government has only those powers that are delegated to it by the Constitution

2. The Supremacy Clause is essentially a conflict-of-laws rule specifying that certain federal acts take priority over any state acts that conflict with federal law. Some jurists further argue that the clause also nullifies federal law that is in conflict with the Constitution, although this is disputed.[4] The Supremacy Clause follows Article XIII of the Articles of Confederation, the predecessor of the·Constitution, which provided that

"Every <u>State</u> shall abide by the determination of the <u>[Congress]</u>, on all questions which by this confederation are submitted to them."[5]

3.

3. As a constitutional provision announcing the supremacy of federal law, the Supremacy Clause assumes the underlying priority of federal authority, albeit only when that authority is expressed in the Constitution itself;[6] no matter what the <u>federal</u> or <u>state governments</u> <u>state governments</u> might wish to do, they must stay within the boundaries of the Constitution.[7] Consequently, the Supremacy Clause is considered a cornerstone of the <u>United States' federal political structure.</u>[8][9]

4. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, anything in the Constitution or Laws of any State to the Contrary notwithstanding.[10]

### CLEAN HAND DOCTRINE

The clean hands <u>doctrine</u> is based on the maxim of <u>equity</u> which states that one "who comes into equity must come with clean hands." This doctrine requires the court to deny <u>equitable relief</u> to a <u>party</u> who has violated <u>good faith</u> with respect to the subject of the <u>claim</u>. The purpose of the doctrine, as explained in <u>Colby Furniture Company, Inc. v. Belinda J. Overton</u> is to prevent a party from obtaining relief when that party's own wrongful conduct has made it such that granting the relief would be against equity and good conscience. However, as noted by the U.S. Supreme Court in <u>Keystone Driller Co. v. General Excavator Co.</u> such a wrongful act must have an immediate and necessary relation to the equity that is being sought.

The clean hands doctrine is an <u>affirmative defense</u> that the <u>defendant</u> may claim. For example, in <u>Holy Family Catholic School v. Boley</u>, the defendant opened an account at a pharmacy for the benefit of the <u>plaintiff</u> so that plaintiff could obtain medication for his work-related injuries. The plaintiff charged items unrelated to these work-related injuries. The defendant closed the account, and the plaintiff sued to keep the account open. The court held that the plaintiff's abuse of the account necessitated a finding that the plaintiff had "unclean hands" and that requiring the defendant to keep the account open would be against good conscience

AFFIDAVIT OF FACT

State of ___NEW JERSEY___

County of ___CAMDEN___

Signed this __22__ day of __AUGUST__, 20 __23__.

Denastya Baker
_____

Print

Orlando Acosta
_____

Print

Quintarre Wilkins
_____.

Print

*Denastya Baker*
_____

Signature of Affiant

*Orlando Acosta*
_____

Signature of Affiant

*Jordan Wilkins*
_____

Signature of Affiant

BEFORE ME, the undersigned authority, this day personally appeared Quintarre L.Wilkins, Denastya L. Baker, Orlando Acosta stated that the facts herein stated are true and correct.

SWORN TO AND SUBSCRIBED BEFORE ME before me this __22__ day of __AUGUST__, 20 __23__.

Seal

| Nicolette Hall |
| Notary Public, State of New Jersey |
| My Commission Expires 01/17/2027 |

*Nicolette Hall*    50182507

*Nicolette Hall*
_____

Notary Signature

My commission expires:___01/17/2027___

Exhibit A

# Investigative Analysis

for

United States Courts
Southern District of Texas
FILED

AUG 24 2023

Nathan Ochsner, Clerk of Court

## Quintarre L. Wilkins

4819 Sunset Park Lane, Rosharon, TX
77583

June 29th, 2023

# Investigative Analysis

**S-3 Form for Foreclosure**

Failure to submit an S-3 form results in an invalid foreclosure.

**Financial Instrument Form 3005**

This form is a HUD security document pursuant to

title 12 USC Section(s) 3701 and 3705. This translates to that the loan servicer

has no permission to do a foreclosure. The only party which can do a

foreclosure is the IRS commissioner whereby the S-3 form is required. Since they have

not filed the S-3 form, the foreclosure action is void as a matter of law.

Thus, they have avoided doing the process listed above.

The foreclosing party or bank then seeks to state that the property is abandoned which in many cases it is not.

This is now documented tax evasion.

The services must provide the following documents:

HUD 1

1003

1099 Annual Interest Statement

Department of Insurance Registration

Proper Loan Documents

Proper Loan Contract

Thus they must provide all of these documents to show they have authority to even

do a trustee deed upon sale, the IRS form 8300 form has to be reported.

**USC 1441**

In effect October 30, 2020 from title 26 Internal Revenue Code Subtitle A Income Taxes Chapter 3-

Withholding of Tax on Non-Resident aliens and foreign corporations subchapter A-Nonresident Aliens and Foreign

Corporations. This makes the attorney liable for this violation, especially if the attorney

is going into court with an invalid claim dealing with the transfer tax. The attorney caused to

change cost and risk of the entire mortgage amount. Which they also create the 1099 form.

Thus filing the 1099 is fraudulent, which results in the attorney and the bank being liable for gross

negligence.

**GAAP**

Which means they changed the accounting.

The consumer never agreed for them to their accounting which they never disclosed.

Full disclosure is required under title 5 section 556D.

Thus, the attorney and the servicer is in violation. The question is how did they receive proper authorization.

Possible liability for federal tax evasion scheme Title 26 Section 7201 and 7206.

# Rule 36 summary judgement defense

Civil Code section 1572 states as follows: "Actual fraud, within the meaning of this chapter, consists in any of the following acts, committed by a party to the contract, or with his connivance, with intent to deceive another party thereto, or to induce him to enter into the contract: 1. The suggestion, as a fact, of that which is not true, by one who does not believe it to be true; 2. The positive assertion, in a manner not warranted by the information of the person making it, of that which is not true, though he believes it to be true; 3. The suppression of that which is true, by one having knowledge or belief of the fact; 4. A promise made without any intention of performing it; or, 5. Any other act fitted to deceive."

https://law.justia.com/cases/california/court-of-appeal/2d/269/299.html

# California Consumer Privacy Act

Existing law, the California Consumer Privacy Act of 2018, grants, commencing on January 1, 2020, a consumer various rights with regard to personal information relating to that consumer that is held by a business, including the right to request a business to delete any personal information about the consumer collected by the business, and requires the business to comply with a verifiable consumer request to that effect, unless it is necessary for the business or service provider to maintain the customer's personal information in order to carry out specified acts. The act requires a business that collects personal information about a consumer to disclose the consumer's right to delete personal information described above on its Internet Web site or in its online privacy policy or policies.

**https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=201720180SB1121**

# California Code, Penal Code - PEN § 532f

A person commits mortgage fraud if, with the intent to defraud, the person does any of the following:

(1)  Deliberately makes any misstatement, misrepresentation, or omission during the mortgage lending process with the intention that it be relied on by a mortgage lender, borrower, or any other party to the mortgage lending process.

(2)  Deliberately uses or facilitates the use of any misstatement, misrepresentation, or omission, knowing the same to contain a misstatement, misrepresentation, or omission, during the mortgage lending process with the intention that it be relied on by a mortgage lender, borrower, or any other party to the mortgage lending process.

(3)  Receives any proceeds or any other funds in connection with a mortgage loan closing that the person knew resulted from a violation of paragraph (1) or (2) of this subdivision.

(4)  Files or causes to be filed with the recorder of any county in connection with a mortgage loan transaction any document the person knows to contain a deliberate misstatement, misrepresentation, or omission.

A person who violates this section is guilty of a public offense punishable by imprisonment in a county jail for not more than one year or by imprisonment pursuant to subdivision (h) of Section 1170 .

Fraud involving a mortgage loan may only be prosecuted under this section when the value of the alleged fraud meets the threshold for grand theft as set out in subdivision (a) of Section 487 .

**https://codes.findlaw.com/ca/penal-code/pen-sect-532f.html**

# Real Estate Statutes

The Real Estate Settlement Procedures Act (RESPA) prohibits certain deceptive practices in real estate transactions, including payments of kickbacks between real estate agents, construction companies, mortgage brokers, and lenders. Lenders are required to provide a good-faith estimate of a loan's costs, similar to the disclosures required by TILA. A consumer purchasing real estate is also entitled to a comprehensive statement, known as a HUD-1, showing how the purchase price is to be disbursed at closing.

Comments

Predatory Lending

Typically involves it imposing unfair and abusive loan terms on borrowers, often through aggressive sales tactics, taking advantage of a borrower's lack of understanding of complicated transactions, as well as outright deception.

Simply put, predatory lending becomes a crime in California when the lender manages the loan transaction to extract the maximum value for itself without regard for the borrower's ability to repay the loan.

This unfair practices can be justified in court under AB-1201 Unfair Practices Act

https://leginfo.legislature.ca.gov/faces/billTextClient.xhtml?bill_id=201920200AB1201&search_keywords=consumer+protection